RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GREGORY A. PHARR<br>DOC #451029 | CIVIL ACTION NO. 10-1817-LC |
| VS. | SECTION P |
| CLAYTON DAVIS, ET AL | JUDGE MINALDI<br>MAGISTRATE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted and for seeking monetary relief against defendants who are immune from suit under 28 U.S.C. § 1915(e)(2)(B)(i)(ii) and (iii) and 28 U.S.C. § 1915A(b)(1) and (2).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of February, 2012 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE